Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
Thomas E. Wheeler (SBN 308789)
twheeler@toddflaw.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tiffany Tyler, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**LVNV Funding, LLC, Financial Recovery Services, Inc., and Does 1-10, inclusive,**<br><br>**Defendants.** | Case No. **2:16-cv-03980-DMG-AFM**<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Respectfully submitted this 4th Day of October, 2016.

By: <u>s/Todd M. Friedman</u>
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Filed electronically on this 4th Day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dolly M. Gee
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 4th Day of October, 2016.

s/Todd M. Friedman
Todd M. Friedman