# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY TYLER,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br>v.<br><br>**FINANCIAL RECOVERY SERVICES, INC.; LVNV FUNDING LLC;** Does 1-10 inclusive,<br><br>                    Defendant. | Case No.: CV 16-3980-DMG (AFMx)<br><br>**ORDER RE DISMISSAL OF ACTION [29]** |

　　　IT IS HEREBY ORDERED that pursuant to the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

DATED:  November 7, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE